UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00220-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN FORREST OGDEN,

    Defendant.

---

**ORDER RESETTING MOTIONS HEARING**

---

Due to a scheduling conflict, the motions hearing previously set for **August 7, 2006 at 4:30 p.m.** is hereby reset to **August 8, 2006 at 10:45 a.m.** in the United State District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. If no motions are filed, this hearing automatically will be vacated without further court order.

Dated this 13TH day of July, 2006.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge