## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover            Date: December 11, 2006
Court Reporter:    Paul Zuckerman
Probation Officer: Dee Clark

Criminal Action No. 06-cr-00220-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Robert Brown

    Plaintiff,

v.

STEPHEN FORREST OGDEN,                        John Mosby

    Defendant.

---

## SENTENCING MINUTES

---

**10:48 a. m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 25, 0206.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report.

The Court inquires whether the parties dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report or the supplemental addendum.

The Court inquires whether the parties contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     The Government's Motion for Downward Departure **(Doc. #20)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

### IMPRISONMENT:

Defendant is sentenced as to Count 1 to a term of imprisonment of 57 months.

Court recommends that the defendant participate in RDAP program at such institution or if such program is unavailable at such institution, that the defendant be transferred to a facility at which such program is offered.

### SUPERVISED RELEASE:

Upon release from imprisonment, defendant shall be placed on supervised release for a period of 3 years.

**Conditions of supervised release:**

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall comply with the 14 standard conditions adopted by the Court.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of a DNA sample as directed by the probation officer.

**Special conditions of supervised release:**

- (X) Defendant shall participate in a program of testing and treatment for d**rug/alcohol** abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay for the cost of treatment as directed by probation, to the extent he is able to pay for same..

### FINE:

No fine is imposed because the defendant has no ability to pay a fine

### SPECIAL ASSESSMENT FEE:

Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

Sentencing Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:08 a.m.**   **Court in recess.**

Total Time:   20 minutes
Hearing concluded.